

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 20, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 0 2007

<u>BY FACSIMILE</u>
Hon. Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Phil Endellicate et al.</u>, 07 Cr. 889

Dear Judge Katz:

    Three defendants in the above-captioned case were arrested this morning, and will be presented later today. In order to facilitate their presentment, the Government respectfully requests that the above-captioned indictment be unsealed and assigned to a District Judge (Wheel B).

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York

By:    _____
    Benjamin Gruenstein
    Assistant United States Attorney
    (212) 637-2315

SEP 2 0 2007

SO ORDERED:

_____
United States Magistrate Judge

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK