```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

        -v-

MARY FIDONE,
    a/k/a "Marie Delnodal,"

        Defendant.
------------------------------------------------------X

**ORDER**
07 CR 889 (RPP)

Upon application of the Defendant and with the consent of the Government; IT IS HEREBY **ORDERED** THAT the bond of MARY FIDONE be amended to allow travel to Bergen County, New Jersey; it is further

**ORDERED** THAT MARY FIDONE be permitted to travel to Sally Harding Road Wantage New Jersey in Sussex County, New Jersey, on September 29, 2007, between the hours of 12 p.m. to 8 p.m., to attend a birthday party at the Rizzo household.

Dated: September 24, 2007
      New York, New York

                                                     Honorable Robert P. Patterson
                                                   United States District Judge