# HURWITZ STAMPUR & ROTH
### ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, STE. 800
NEW YORK, N.Y. 10007

TEL: 212-619-4240
FAX: 212-619-6743

January 7, 2008

**BY ECF**
Honorable Robert P. Patterson
United States Senior Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     **United States v. Mary Fidone**
        **07 CR 889 (RPP)**

Dear Judge Patterson,

    I write with the consent of the Government and the Pretrial Services Office to request a modification of Ms. Fidone's bail conditions to eliminate the requirement that she report in person to Pretrial once a week and permit her to report telephonically and as directed by the Pretrial Office.

Very truly yours,

James Roth, Esq.

JR:jpy

cc.    AUSA Benjamin Gruenstein
       U.S. Pretrial Office

JR/FIDONE, M/MODIFICATION