

## HURWITZ STAMPUR & ROTH
### ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, STE. 800
NEW YORK, N.Y. 10007

TEL: 212-619-4240
FAX: 212-619-6743

**MEMO ENDORSED**

March 5, 2008

*By Fax: (212) 805-7917*

Honorable Robert P. Patterson
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

      Re:   <u>United States v. Mary Fidone</u>
            07 CR 889 (RPP)

Dear Judge Patterson,

    I write to request that the sentence of Ms. Fidone scheduled for March 6, 2008 be adjourned to March 24, 2008 at 4:00 p.m. due to a critical medical situation involving a close family member. The Government consents to this request.

Very truly yours,

James Roth, Esq.

cc.    AUSA David Massey (By Fax)

JR:jpy

*Application granted.*
*So ordered.*
Robert P. Patterson
USDJ
3/5/08

JR/FIDONE, MARY/ORDER.CVR.